*AO 440 (Rev. 12/09) Summons In a Civil Action*

# UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF FLORIDA

*United States of America*
*c/o NEWMAN & MARQUEZ, P.A.*
*1533 Sunset Drive #225*
*Coral Gables, FL 33143-5700*

*Case Number:* **12-CV-80894 Middlebrooks/Brannon**

*vs.*

*PAOLA CIANCI*
*13941 GERANIUM PLACE*
*WELLINGTON, FL 33414*

### SUMMONS IN A CIVIL ACTION

*TO: (Name and Address of Defendant)*

> *PAOLA CIANCI*
> *13941 GERANIUM PLACE*
> *WELLINGTON, FL 33414*

*A lawsuit has been filed against you.*

*Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:*

*PLAINTIFF'S ATTORNEY (Name and Address)*

> *Newman & Marquez, P.A.*
> *JENNIFER MARGOLIS MARQUEZ*
> *1533 Sunset Drive #225*
> *Coral Gables, FL 33143-5700*

*If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Clerk of this Court.*

*Date:* **AUG 21, 2012**



# SUMMONS

S/Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court